UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE N. ALLEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Consolidated Case |
| vs. | ) | No.  4:11CV01255 AGF |
| | ) | |
| NEVIN WATERS, D.D.S., PC, | ) | |
| | ) | |
| Defendant. | ) | |

_____

| | | |
|---|---|---|
| MICHELLE N. ALLEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Associated Case |
| | ) | No.  4:11CV01256 AGF |
| REACHOUT HEALTHCARE AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on pro se Plaintiff Michelle Allen's request to withdraw from a settlement purportedly reached during the mediation of this consolidated action, (Doc. Nos. 63 and 64) and Defendants' motion to enforce settlement.  (Doc. No. 70.)  This Court referred the action to Alternative Dispute Resolution and at Plaintiff's request appointed an attorney, Andrew Callahan, for the limited purpose of representing

Plaintiff in mediation, pursuant to Local Rule 16-6.02(C).  Thereafter, the parties agreed upon a neutral and mediated this action on March 27, 2012.  Upon consideration of the parties' motions,

**IT IS HEREBY ORDERED** that Plaintiff is granted until **Monday, April 16, 2012,** to respond to Defendants' motion to enforce settlement.

**IT IS FURTHER ORDERED** that the Court will hold a hearing on the motion to enforce settlement on **April 26, 2012 at 1:30 p.m.**

**IT IS FURTHER ORDERED** that Andrew Callahan is relieved, as of the date of this Order, of his appointment for the limited purpose of representing Plaintiff in mediation.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 5th day of April, 2012.